# United States Bankruptcy Court
## Middle District of Florida

In re: **American Mercantile Corp**, Debtor

Case No. 6-04-bk-11052-KSJ

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,500.00 | | |
| B - Personal Property | Yes | 4 | 7,370,840.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 30,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 427,649.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 7,377,340.00 | | |
| Total Liabilities | | | | * 16,957,649.66 | |

* Includes combined secured debt of Japan Pacific Trading Case No. 6-04-bk-11049-KSJ; Florida Select Citrus Inc Case No. 6-04-bk-11050-KSJ; and American Mercantile Corp Case No. 6-04-bk-11052-KSJ

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **American Mercantile Corp**                                                           ,   Case No.  **6-04-bk-11052-KSJ**
                                           Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 305 W Broad Street<br>Groveland, FL | Fee simple | - | 6,500.00 | 13,200,000.00 |

Parcel ID 00-00-00-000000014128

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | Sub-Total > | 6,500.00 | (Total of this page) |
|   |   | Total > | 6,500.00 |   |

**0**  continuation sheets attached to the Schedule of Real Property                        (Report also on Summary of Schedules)

In re   **American Mercantile Corp**   ,   Case No.   **6-04-bk-11052-KSJ**
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 600.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America General Operating Acct No. 005499142202** | - | 0.00 |
| | | **Peoples State Bank General Operating Acct No 25516159** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >   600.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re  **American Mercantile Corp** ,                                                                            Case No. __6-04-bk-11052-KSJ__
                                             Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | Costa Nursery - $4275<br>Delson Bromeliads - $4125<br>Kim E's Flowers - $100<br>PRA Orchids - $382.50<br>Turtle Pond - $15,930<br>Worldwide Orchids - $4008 | - | 28,820.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       28,820.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **American Mercantile Corp**_____,   Case No. __6-04-bk-11052-KSJ__
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 International Truck** | - | 35,000.00 |
| | | **1993 International Truck** | - | 35,000.00 |
| | | **1999 Ford Van E350** | - | 11,000.00 |
| | | **2001 Hyundai Accent** | - | 6,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Greenhouses located at 305 West Broad Street Groveland, FL** | - | 2,500,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | | **Orchids (see attached Exhibit B-30)** | - | 4,746,320.00 |
| 31. Farming equipment and implements. | | **2000 John Deere Tractor** | - | 7,500.00 |
| 32. Farm supplies, chemicals, and feed. | | **Fertilizers** | - | 600.00 |

                                                            Sub-Total >    7,341,420.00
                                                        (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **American Mercantile Corp**                                                                 Case No. **6-04-bk-11052-KSJ**
                                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 7,370,840.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

8/3/2004

# AMC ORCHIDS INVENTORY

| | GRADE | PLANTS | TOTAL | UNIT PRICE | SUM($) |
|---|---|---|---|---|---|
| **#2 GREENHOUSE** | | | | | |
| 6"PHALENOPSIS | A | 3500 | | 6 | 21000 |
| 6"CATTLEYA | B | 1000 | | 5 | 5000 |
| 6"CATTLEYA | A | 2000 | | 6 | 12000 |
| | | | 46500 | | 0 |
| | | | | | 0 |
| **#3A GREENHOUSE** | | | | | 0 |
| 3" CYMBIDIUM | A | 2000 | | 1.5 | 3000 |
| 6" CYMBIDIUM | B | 2100 | | 4 | 8400 |
| **#3B GREENHOUSE** | | | | | 0 |
| 3" CYMBIDIUM | A | 2500 | | 1.5 | 3750 |
| 6" CYMBIDIUM | B | 2100 | | 4 | 8400 |
| **#3C GREENHOUSE** | | | | | 0 |
| 3" CYMBIDIUM | A | 2500 | | 1.5 | 3750 |
| 6" CYMBIDIUM | B | 2100 | | 4 | 8400 |
| **#3D GREENHOUSE** | | | | | 0 |
| 3" CYMBIDIUM | A | 3000 | | 1.5 | 4500 |
| 6" CYMBIDIUM | B | 2100 | | 4 | 8400 |
| **#3E GREENHOUSE** | | | | | 0 |
| 3" CYMBIDIUM | A | 14000 | | 1.5 | 21000 |
| 6" CYMBIDIUM | B | 300 | | 4 | 1200 |
| **#3F GREENHOUSE** | | | | | 0 |
| 3" ONCYDIUM | A | 8000 | | 1.5 | 12000 |
| **#3G GREENHOUSE** | | | | | 0 |
| 3" ONCYDIUM | A | 12000 | | 1.5 | 18000 |
| | | | 52700 | | 0 |
| | | | | | 0 |
| **#4 GREENHOUSE** | | | | | 0 |
| 3" DENDROBIUM NOBILE (YOUNG) | B | 125000 | | 1.5 | 187500 |
| 3" DENDROBIUM NOBILE (MATURE) | B | 40000 | | 2.5 | 100000 |
| LINER (64 PLANTS/TRAY) | A | 110000 | | 0.25 | 27500 |
| 3" PAPHIOPEDILUM | C | 400 | | 2 | 800 |
| 3" CYMBIDIUM | A | 10000 | | 1.5 | 15000 |
| 6" GRAMMOTTOPHYLUM | B | 240 | | 8 | 1920 |
| | | | 285640 | | 0 |
| | | | | | 0 |
| **#5 GREENHOUSE** | | | | | 0 |
| 3" ONCYDIUM | B | 165000 | | 1.5 | 247500 |
| 3" DENDROBIUM | B | 375000 | | 2.5 | 937500 |
| 4" DENDROBIUM | A | 90000 | | 3.5 | 315000 |
| | | | 630000 | | 0 |
| | | | | | 0 |
| **#6 GREENHOUSE** | | | | | 0 |
| VANDA | B | 10000 | | 8 | 80000 |
| 4" DENDROBIUM | A | 315000 | | 3.5 | 1102500 |
| 3" DENDROBIUM | B | 285000 | | 2.5 | 712500 |

AMERICAN MERCANTILE
Case No. 6-04-BK-11052-KSJ

EXHIBIT B-30

| | | | | | |
|---|---|---|---|---|---|
| 4" EPIDENDRUM | B | 25000 | | 3.5 | 87500 |
| | | | 635000 | | 0 |
| | | | | | 0 |
| **#7A GREENHOUSE** | | | | | 0 |
| 6" GRAMMOTTOPHYLUM | B | 7000 | | 8 | 56000 |
| 12" GRAMMOTTOPHYLUM | B | 5000 | | 10 | 50000 |
| 3" CYMBIDIUM | A | 39000 | | 1.5 | 58500 |
| 4" CYMBIDIUM | A | 29000 | | 10 | 290000 |
| | | | 80000 | | 0 |
| **#7B GREENHOUSE** | | | | | 0 |
| 3" GRAMMOTTOPHYLUM | B | 6000 | | 3 | 18000 |
| 6" GRAMMOTTOPHYLUM | B | 10000 | | 8 | 80000 |
| 3" CYMBIDIUM | A | 6000 | | 1.5 | 9000 |
| 4" CYMBIDIUM | A | 5600 | | 8 | 44800 |
| 6" CYMBIDIUM | A | 9500 | | 12 | 114000 |
| | | | 37100 | | 0 |

**TOTAL INVENTORY** **1766940**

Form B6D
(12/03)

In re    **American Mercantile Corp**                                           ,    Case No.  **6-04-bk-11052-KSJ**
                                       Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Public Bank f/k/a<br>Peoples State Bank Groveland<br>c/o Dan Summerlin<br>200 East Broad Street<br>Groveland, FL 34736 | X | - | 10/02/2002<br>Purchase Money Security<br>1. Orchids (behind Sherwood) located at 305 West Broad Street<br>2. Guaranty against on real property<br>Value $  40,000.00 | | | | 3,300,000.00 | 3,300,000.00 |
| Account No.<br><br>Representing:<br>Public Bank f/k/a | | | Andrew M Brumby Esq<br>Shutts & Bowen LLP<br>a/f People State Bank<br>PO Box 4956<br>Orlando, FL 32802-4956<br>Value $ | | | | | |
| Account No.<br><br>Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804 | X | - | 08/26/2002<br>Purchase Money Security<br>1. Orchids and Greenhouses located at 305 West Broad Street<br>2. Second Mortgage on real property Groveland, FL<br>Value $  40,000.00 | | | | 13,200,000.00 | 8,453,680.00 |
| Account No. | | | <br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 16,500,000.00 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | 16,500,000.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                          Best Case Bankruptcy

Form B6E
(04/04)

In re   **American Mercantile Corp** _____,    Case No.  **6-04-bk-11052-KSJ** _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **American Mercantile Corp** ,  Case No. **6-04-bk-11052-KSJ**
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Salek Brodsky<br>101 W 55th Street #PH-D<br>New York, NY 10019 | | - | 2003-2004<br>Unpaid Wages | | | | 30,000.00 | 4,925.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **30,000.00**

Total (Report on Summary of Schedules) **30,000.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F
(12/03)

In re  American Mercantile Corp    ,    Case No. __6-04-bk-11052-KSJ__
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Amerigas<br>PO Box 371473<br>Pittsburgh, PA 15250 | | - | 06/2004<br>Trade debt | | | | 50,389.39 |
| Account No.<br><br>CMC Communication<br>1050 E Main Street<br>Birdsboro, PA 19508 | | - | 06/2004<br>Trade debt | | | | 245.00 |
| Account No.<br><br>Costa Nursery Farms<br>22290 SW 162nd Avenue<br>Goulds, FL 33170 | | - | 07/2004<br>Trade Debt | | | X | 250,000.00 |
| Account No.<br><br>Crystal Co<br>PO Box 220045<br>St. Louis, MO 63122 | | - | 07/2004<br>Trade Debt | | | X | 63,920.13 |
| __3__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 364,554.52 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:29566-040929   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  American Mercantile Corp , Case No. 6-04-bk-11052-KSJ
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Crystal Springs<br>4170 Tanners Creek Dr<br>Flowery Branch, GA 30542 | - | | 07/2004<br>Trade debt | | | | 1,199.01 |
| Account No.<br>Growers Supply Svcs<br>PO Box 817<br>Apopka, FL 32704 | - | | 06/2004<br>Trade debt | | | | 7,984.65 |
| Account No.<br>Hortica<br>1 Horticultural Lane<br>Edwardsville, IL 62025 | - | | 06/2004<br>Trade debt | | | | 10,247.86 |
| Account No.<br>Il Young Yoo<br>633 Lake Dot Circle #1304<br>Orlando, FL 32801 | - | | 06/2004<br>Trade debt | | | X | 25,000.00 |
| Account No.<br>Jared Zafir<br>40 La Corce Circle<br>Miami Beach, FL 33141 | - | | 08/2004<br>Trade debt | | | | 1,550.98 |

Sheet no. 1 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  45,982.50

Form B6F - Cont.
(12/03)

In re **American Mercantile Corp**, Debtor  Case No. **6-04-bk-11052-KSJ**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Lake Apopka Natural Gas<br>PO Box 850001<br>Orlando, FL 32885 | - | | 06/2004<br>Trade debt | | | | 435.69 |
| Account No.<br>Nextel Communications<br>PO Box 4191<br>Carol Stream, IL 60197 | - | | 07/2004<br>Trade debt | | | | 1,193.39 |
| Account No.<br>Outhouse Inc<br>PO Box 28<br>Center Hill, FL 33514 | - | | 08/2004<br>Trade debt | | | | 1,203.75 |
| Account No.<br>Prosource One<br>PO Box 200<br>Plymouth, FL 32768 | - | | 06/2004<br>Trade debt | | | | 518.06 |
| Account No.<br>Robert Lyo<br>no street<br>London<br>England, UK | - | | Loan | | | X | Unknown |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,350.89**

Form B6F - Cont.
(12/03)

In re: **American Mercantile Corp** , Case No. __6-04-bk-11052-KSJ__
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Sprint<br>PO Box 96064<br>Charlotte, NC 28296 | - | | 08/2004<br>Trade debt | | | | 226.83 |
| Account No. PR xxxxxxxx7944, xxxxxxxx7936<br>SunTrust Bank<br>MC FL-Clermont-0137<br>581 East Hwy 50<br>Clermont, FL 34711 | - | | 07/2004<br>Payroll Account Overdraft | | | | 12,000.00 |
| Account No.<br>Ted Mahr Supply Inc<br>807-A SW 2nd Street<br>Cape Coral, FL 33991 | - | | 06/2004<br>Trade debt | | | | 1,255.60 |
| Account No.<br>Zee Medical Services<br>PO Box 1619<br>Seffner, FL 33583 | - | | 06/2004<br>Trade debt | | | | 279.32 |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 13,761.75

Total (Report on Summary of Schedules) 427,649.66

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re   **American Mercantile Corp**                                    , Case No. __6-04-bk-11052-KSJ__
                                   Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Amerigas**<br>PO Box 371473<br>Pittsburgh, PA 15250 | **Propane gas contract/tank lease** |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

In re   **American Mercantile Corp**                                                    Case No. __6-04-bk-11052-KSJ__
_____,
                                    Debtor

## SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Estate of Yoko Tominaga<br>c/o Yasuhiko Tominaga<br>5097 Latrobe Drive<br>Windermere, FL 34786<br>   Deceased in 2002 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804 |
| Florida Select Citrus Inc<br>305 West Broad Street<br>Groveland, FL 34736 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804 |
| Florida Select Citrus Inc<br>305 West Broad Street<br>Groveland, FL 34736 | Public Bank f/k/a<br>Peoples State Bank Groveland<br>c/o Dan Summerlin<br>200 East Broad Street<br>Groveland, FL 34736 |
| Japan Pacific Trading Corp<br>305 West Broad Street<br>Groveland, FL 34736 | Public Bank f/k/a<br>Peoples State Bank Groveland<br>c/o Dan Summerlin<br>200 East Broad Street<br>Groveland, FL 34736 |
| Japan Pacific Trading Corp<br>305 West Broad Street<br>Groveland, FL 34736 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804 |
| Yasuhiko Tominaga<br>5097 Latrobe Drive<br>Windermere, FL 34786<br>   Former president and shareholder | Public Bank f/k/a<br>Peoples State Bank Groveland<br>c/o Dan Summerlin<br>200 East Broad Street<br>Groveland, FL 34736 |
| Yasuhiko Tominaga<br>5097 Latrobe Drive<br>Windermere, FL 34786 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804 |

__0__   continuation sheets attached to Schedule of Codebtors

American Mercantile Corporation
Bk. Case No. 6:04-bk-11052-KSJ

Balance Sheet as of September 30, 2004

## ASSETS

### Current Assets

| | |
|---|---:|
| Cash/Checking | $22,733.00 |
| Accounts Receivable | $35,000.00 |
| Inventory | $4,700,000.00 |

### Fixed Assets

| | |
|---|---:|
| Greenhouses | $2,500,000.00 |
| Real Estate | $6,500.00 |

**Total Assets**  $7,264,233.00

## LIABILITIES AND EQUITY

### Current Liabilities

| | |
|---|---:|
| Accounts Payable | $457,649.00 |

### Long-Term Liabilities

\* $16,500,000.00

**Total Liabilities**  $16,957,649.00

### Equity

| | |
|---|---:|
| Net income (+/-) | ($19,693,416.00) |

**Total Liabilities and Equity**  $7,264,233.00

\* Includes combined secured debt of:
Japan Pacific Trading, Case No. 6-04-bk-11049-KSJ;
Florida Select Citrus Inc, Case No. 6-04-bk-11050-KSJ; and
American Mercantile Corp, Case No. 6-04-bk-11052-KSJ

**CORPORATE BALANCE SHEET**
**SCHEDULE I & J**

# United States Bankruptcy Court
## Middle District of Florida

In re   American Mercantile Corp            Case No.   6-04-bk-11052-KSJ

                         Debtor(s)          Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 29, 2004**        Signature   **/s/ Julian M. Benscher**
                                                            **Julian M. Benscher**
                                                           **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.