**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 6:04-bk-11052-KSJ** |
| **AMERICAN MERCANTILE CORP.,** | **CHAPTER 11** |
| **Debtors.** _____/ | |

**MOTION FOR FINAL DECREE IN BANKRUPTCY CASE**

**AMERICAN MERCANTILE CORP.** ("AMC" or "Debtor"), pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, hereby moves the Court for entry of a final decree ("Motion") and, in support thereof, states as follows:

1. Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on October 7, 2004 ("Petition Date"). Debtor continued as a debtors-in-possession during the case.

2. On July 28, 2005, the Court entered an order confirming Amended Joint Chapter 11 Plan of Reorganization ("Plan") (Document No. 213). All terms in this motion or the affidavit attached hereto which are not otherwise defined herein shall have the same meaning as used in the Plan.

3. Debtor has paid all creditors holding allowed administrative and priority claims and is current with respect to all U.S. Trustee fees according to the terms specified in the Plan. All secured claims, priority tax claims, and allowed unsecured claims are receiving payment in accordance with the provisions of the Plan. There are no pending objections to claims, adversary proceedings, or other matters to be resolved.

4.   Attached hereto as **Exhibit** "**A**" is the affidavit of Julian Benscher, President of the Debtor, showing that the case has been substantially consummated.

**WHEREFORE**, American Mercantile Corp., respectfully requests this Court to grant the Motion and enter a final decree concluding this case.

**DATED**, this 30th day of March 2006.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
Jimmy D. Parrish, Esq.
Florida Bar No. 526401
**GRONEK & LATHAM, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida  32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for American Mercantile Corp.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**                                                                                  **CASE NO. 6:04-bk-11052-KSJ**

**AMERICAN MERCANTILE CORP.,**                            **CHAPTER 11**

          **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing **MOTION FOR FINAL DECREE IN BANKRUPTCY CASE**, together with all exhibits, has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: American Mercantile Corp., c/o Julian Benscher, President, 305 West Broad Street, Groveland, FL 34736; Andrew Brumby, Esq., Shutts & Bowen, a/f Public Bank, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801; Frank Wolff, Esq., Wolff Hill McFarlin & Herron, P.A., a/f Sherwood Investments (Overseas) Ltd., 1851 West Colonial Dr., Orlando FL 32804; Roy S. Kobert, Esq., Broad and Cassel, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801; Michael Moecker, Examiner, P.O. Box 1757, Mt. Dora, FL 32756; all creditors and parties-in-interest as shown on the matrix attached to the original of this Final Decree filed with the Court; and the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 30th day of March 2006.

                                                        /s/ R. Scott Shuker
                                                        R. Scott Shuker, Esquire

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                    Case No. 6:04-bk-11052-KSJ

**AMERICAN MERCANTILE CORP.,**             Chapter 11

    **Debtor.**
_____/

**AFFIDAVIT OF JULIAN BENSCHER**

STATE OF FLORIDA    )
                    )  SS:
COUNTY OF ORANGE    )

I, Julian Benscher, President of American Mercantile Corp., ("Debtor"), certify as follows:

1. The Plan has been substantially consummated within the meaning of 11 U.S.C. 1101(2) as follows:

    a. <u>Commencement of Distribution Under the Plan</u>.

        (1) <u>Administrative and Priority Claims.</u> Debtor has paid all allowed administrative, priority claims, and tax claims, and all U.S. Trustee fees in accordance with the provisions of the Plan.

        (2) <u>Allowed Secured Claims</u>. Payments to all holders of allowed secured claims have been commenced to the extent required under the provisions of the Plan.

**EXHIBIT "A"**

(3)    <u>Allowed Unsecured Claims</u>. Payments to all Holders of Allowed Unsecured Claims have been made to the extent required under the provisions of the Plan.

(4)    <u>Distributions</u>. All other distributions required to be made under the Plan have been made.

2.    Debtor has taken the necessary steps to consummate the Plan. There are no objections to claims, adversary proceedings, or other matters pending before the Court in this case.

**FURTHER AFFIANT SAYETH NOT.**

_____
Julian Benscher

STATE OF FLORIDA    )
                    )    SS:
COUNTY OF ORANGE    )

The foregoing instrument was sworn to and subscribed before me this 29th day of March 2006, by Julian Benscher, as President of American Mercantile Corp., who is personally known to me, or who produced the following identification: PERSONALLY KNOWN TO ME and who did take an oath.

_____
Signature of Person Taking Acknowledgment
Print Name:   LAURENCE A. RADER
Title:  Notary Public
Serial No.:   DD 0139751
Commission Expires:  08/16/2006

[NOTARY STAMP]



LAURENCE A. RADER
Commission # DD0139751
Expires 8/16/2006
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

American Mercantile Corp
Case No. 6:04-bk-11052-KSJ

C:\Documents and Settings\Primary\Local Settings\Temporary Internet Files\OLKB\fnl decree affdvt (AMC).doc

```
Label Matrix for USBC              A.P. Orchids Co., Ltd.                Adam L Alpert Esq
Middle District of Florida         Attn: C. Pankumkittiwong, President   Bush Ross Gardner et al
Case 6:04-bk-11052-KSJ             111.1 Moo 1 Petchkasem 88              PO Box 3913
Filed Mar 29 14:01:12 EST 2006     Bangkae Nua, Bangkae                   Tampa FL 33601
                                   Bangkok 10160, Thailand,

Advanta                            Adam L Alpert                          American Mercantile Corporation
PO Box 8088                        Bush Ross, P.A.                        305 West Broad Street
Philadelphia, PA 19101-8088        PO Box 3913                            Groveland, FL 34736
                                   Tampa, FL 33601


Amerigas                           Andrew M Brumby Esq                    Andrew M Brumby Esq
PO Box 371473                      Shutts & Bowen LLP                     Shutts & Bowen LLp
Pittsburgh, PA 15250               a/f People State Bank                  PO Box 4956
                                   PO Box 4956                            Orlando Fl 32802-4956
                                   Orlando, FL 32802-4956, 32802-4956


Carrie Beth Baris                  Julian M. Benscher                     Brian R Harris, Trial Atty Tax Division
Bush Ross PA                       5165 Isleworth CC Dr                   US Dept of Justice
P.O. Box 3913                      Windermere, FL 34786                   PO Box 14198 Ben Franklin Station
Tampa, FL 33601                                                           Washington DC 20044


Andrew M. Brumby                   CITICapital                            CMC Communication
Shutts & Bowen LLp                 PO Box 6229                            1050 E Main Street
Post Office Box 4956               Carol Stream, IL 60197-6229            Birdsboro, PA 19508
Orlando, FL 32802


Capital One                        Carrie Beth Baris, Esq                 Chase
PO Box 85015                       Bush Ross Gardner et al                PO Box 659409
Richmond, VA 23285                 220 So Franklin Street                 San Antonio, TX 78265
                                   Tampa, FL 33602


Chevron                            Chiu Associates, L.P.                  Chiu Associates, LP
PO Box 2001                        Broad and Cassel                       c/o Roy S. Kobert, P.A.
Concord, CA 94529                  c/o Roy S. Kobert, Esquire             Broad and Cassel
                                   P.O. Box 4961                          P.O. Box 4961
                                   Orlando, FL 32802                      Orlando, Florida 32802, 32802


Costa Nursery Farms                Costa Nursery Farms                    Crystal Co
22290 SW 162nd Avenue              22290 SW 162nd Avenue                  PO Box 220045
Goulds FL 33170-3999               Goulds, FL 33170                       St. Louis, MO 63122


Crystal Company                    Crystal Company                        Crystal Company
c/o Grey Squires-Binford           PO Box 220045                          c/o Grey Squires-Binford
Post Office Box 1913               St Louis MO 63122                      Post Office Box 1913
Orlando, FL 32802-1913                                                    Orlando, FL 32802-1913


Crystal Springs                    Mariane L Dorris                       Elena L Escamilla Esq
470 Tanners Creek Dr               Gronek & Latham LLP                    135 W Central Blvd  Ste 620
Flowery Branch, GA 30542           390 North Orange Avenue                Orlando FL 32801
                                   Suite 600
                                   Orlando, FL 32801
```

| | | |
|---|---|---|
| lena L Escamilla<br>35 W Central Blvd., Ste 620<br>rlando, FL 32806 | Evangelina Pena<br>18 Bay Ridge Loop<br>Mascotte, FL 34753 | Evangelina Pena<br>c/o Claudia Henriquez Esq<br>963 E Memorial Blvd<br>PO Box 24688<br>Lakeland FL 33802-4688,  33802-4688 |
| vangelina Pena<br>/o Rachel Micah-Jones<br>lorida Rural Legal Svcs Inc<br>23 Fern St  Ste 220<br>est Palm Beach FL  33401,  33401 | Jacqueline E Ferris<br>Gronek & Latham LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801 | Tina Finkler<br>Broad and Cassel<br>c/o Roy S. Kobert<br>P.O. Box  4961<br>Orlando, FL 32802 |
| lorida Department of Revenue<br>ankruptcy Unit<br>ost Office Box 6668<br>allahassee, FL  32314-6668 | Florida Select Citrus Inc<br>305 West Broad Street<br>Groveland, FL 34736 | Grey Squires-Binford, Esq.<br>Killgore, Pearlman et al.<br>Post Office Box 1913<br>Orlando, FL 32801-1913 |
| rowers Supply Svcs<br>Box 817<br>popka, FL 32704 | Growers Supply Svcs<br>POB 817<br>Apopka FL 32704-0817 | Brian R Harris<br>US Department of Justice, Tax Division<br>PO Box 14198<br>Washington, DC 20044 |
| laudia Henriquez<br>lorida Rural Legal Services Inc<br>53 East Memorial Boulevard<br>akeland, FL 33801 | Robert F Higgins<br>Lowndes, Drosdick, Doster, Kantor, Reed<br>215 North Eola Drive<br>Orlando, FL 32801 | Robert F Higgins<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>215 North Eola Drive<br>Orlando, FL 32801 |
| ighland Exchange Svc Coop<br>R 540, PO Box K<br>averly, FL 33877-0286 | Hortica<br>1 Horticultural Lane<br>Edwardsville IL  62025-6951 | Hortica<br>1 Horticultural Lane<br>Edwardsville, IL 62025 |
| arol Koehler Ide<br>S Department of Justice, Tax Division<br>ost Office Box 14198<br>en Franklin Station<br>ashington, DC 20044 | Il Young Yoo<br>633 Lake Dot Circle #1304<br>Orlando, FL 32801 | Internal Revenue Service<br>Atlanta Service Center<br>Atlanta, GA 39901 |
| nternal Revenue Svc<br>ec Proc Function<br>Box 35045, Stop 5720<br>cksonville, FL 32202 | Japan Pacific Trading Corp<br>305 West Broad Street<br>Groveland, FL 34736 | Jared D Zafir<br>6917 Collins Ave Apt 1606<br>Miami Beach  FL 33141-3297 |
| lian M. Benscher<br>65 Isleworth CC Drive<br>ndermere, FL 34786 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 | Lake Apopka Natural Gas<br>1320 Winter Garden Vineland Rd<br>Winter Garden FL  34787 |
| ke Apopka Natural Gas<br>Box 850001<br>rlando, FL 32885 | Lake Cty Tax Collector<br>Attn:  Bob McKee<br>PO Drawer 327<br>Tavares, FL 32778-0327 | David M Landis<br>Mateer & Harbert  PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 |

| | | |
|---|---|---|
| aguire Executive Group LLC<br>duardo F Morrell PA<br>37 Lake Morton Dr<br>akeland FL 33801 | Michael Moecker<br>PO Box 1757<br>Mt Dora FL 32756 | Michael Moecker<br>PO Box 1757<br>Mt Dora, FL 32756 |
| ichael E Moecker<br>OB 1757<br>t Dora, FL 32756 | Mountain West LLC<br>4212 South Hwy 191<br>Rexburg ID 83440 | Nextel Communications<br>PO Box 4191<br>Carol Stream, IL 60197 |
| extel South Corp<br>ttn Bankruptcy<br>O Box 172408<br>enver CO 80217-2408 | Outhouse Inc<br>PO Box 28<br>Center Hill, FL 33514 | Jimmy D Parrish<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| vangelina Pena<br>/o Rachel Micah Jones<br>23 Fern Street<br>uite 220<br>est Palm Beach, FL 33401 | Peoples State Bank Groveland<br>200 East Broad Street<br>Groveland, FL 34736 | Richard Pilhorn<br>Osburn Henning & Co<br>617 East Colonial Drive<br>Orlando, FL 32803 |
| latinum Plus<br>O Box 15469<br>ilmington, DE 19886-5469 | Prosource One<br>PO Box 200<br>Plymouth, FL 32768 | Public Bank<br>200 East Broad Street<br>Groveland, Fl 34736 |
| ublic Bank<br>ka Peoples State Bank of Groveland<br>ndrew M Brumby Esq<br>O Box 4956<br>rlando Fl 32802, 32802 | Robert Lyo<br>no street<br>London<br>England, UK | Steven R Rosenbaum<br>2675 S Bayshores Dr<br>Coconut Grove, FL 33133 |
| lek Brodsky<br>1 W 55th Street #PH-D<br>w York, NY 10019 | Sam's Club<br>PO Box 4596<br>Carol Stream, IL 60197-4596 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>Wolff Hill McFarlin & Herron<br>1851 W Colonial Drive<br>Orlando, FL 32804, 32804 |
| erwood Investments [Overseas]<br>o Frank Wolff Esq<br>51 W Colonial Dr<br>lando, FL 32804 | Sherwood Investments [Overseas] Limited<br>Attn: Julian Benscher<br>5165 Isleworth Country Club Drive<br>Windermere, FL 34786 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| ilver Springs Citrus, Inc.<br>teer & Harbert, P.A.<br>o David Landis, Esquire<br>O. Box 2854<br>lando, FL 32802-2854 | Silver Springs Citrus, Inc.<br>c/o David M. Landis, Esq<br>Mateer & Harbert, P.A.<br>P.O.Box 2854<br>Orlando, FL 32802-2854, 32802-2854 | Sprint<br>PO Box 96064<br>Charlotte, NC 28296 |
| ey Squires-Binford<br>llgore Pearlman Stamp Ornstein&Squires<br>st Office Box 1913<br>lando, FL 32802 | State of Florida Dept of Revenue<br>c/o Don Kiester<br>P O Box 2299<br>Mango FL 33550-2299 | SunTrust Bank<br>MC FL-Clermont-0137<br>581 East Hwy 50<br>Clermont, FL 34711 |

```
AX COLLECTOR, LAKE COUNTY          Ted Mahr Supply Inc              Tina Finkler
TTN:  MONICA K. STRICKLAND         407-A SW 2nd Street              790 Via Lagano
OST OFFICE BOX 327                 Cape Coral, FL 33991             Winter Park, FL 32789
AVARES, FL  32778


ina Finkler                        Yasuhiko Tominaga                United States Trustee
/o Roy S. Kobert, P.A.             c/o Carrie Beth Baris            135 W. Central Blvd #650
road and Cassel                    220 South Franklin Street        Orlando, FL 32801
.O. Box 4961                       Tampa, FL 33602
rlando, Florida 32802,  32802


nited States Trustee - ORL         United States of America (Internal Reven   Frank M Wolff
5 W. Central Blvd., Suite 620      Dept. of Justice                 Wolff Hill McFarlin & Herron PA
rlando, FL 32801                   Tax Division                     1851 West Colonial Drive
                                   P.O. Box 14198                   Orlando, FL 32804
                                   Washington, DC 20044


asuhiko Tominaga                   Zee Medical Services
/o Carrie Beth Barris Esq          PO Box 1619
 Box 3913                          Seffner, FL 33583
ampa FL  33601
```