# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:04-bk-11052-KSJ

**AMERICAN MERCANTILE CORPORATION,**   CHAPTER 11

      **Debtor.**
_____/

## FINAL DECREE *NUNC PRO TUNC* TO MARCH 31, 2006

**THIS CASE** came on for consideration upon American Mercantile Corporation's ("Debtor") motion for final decree ("Motion") filed on March 30, 2006 (Doc No. 245). Upon consideration of the Motion, the grounds cited therein, and the affidavit of Julian Benscher, President of the Debtor, filed in support of the Motion, the Court finds that Debtor has substantially consummated its Plan of Reorganization and has fully administered the estate. Accordingly, it is

    **ORDERED:**

    1.    The Motion is granted.

    2.    This Final Decree is effective *Nunc Pro Tunc* to March 31, 2006. Debtor shall pay its 1st Quarter U.S. Trustee Fees prior to April 30, 2006.

    3.    The bankruptcy case is closed.

4. Debtor shall mail copies of this Final Decree to all creditors and interested parties.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of April 2006.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Julian Benscher, 305 West Broad Street, Groveland Florida 34736

Debtor's counsel: R. Scott Shuker, Esq., Gronek & Latham, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

Andrew Brumby, Esq., Shutts & Bowen, a/f Peoples State Bank of Groveland, 300 S. Orange Avenue, Ste. 1000, Orlando, FL 32801;

Frank Wolff, Esq., Wolff Hill McFarlin & Herron, P.A., a/f Sherwood Investments (Overseas) Ltd., 1851 West Colonial Drive, Orlando Fl 32804;

David Landis, Esq., Mateer & Harbert, P.O. Box 2854, Orlando, FL 32802 ;

Roy Kobert, Esq., Broad & Cassell, 390 N. Orange Ave., Ste. 1100, Orlando, FL 32801;

Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

All creditors and parties-in-interest (service by Debtor's counsel).